PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Joe Antwan Stokes       
Appellant.
 
 
 

Appeal From Greenville County
John C. Few, Circuit Court Judge

Unpublished Opinion No. 2003-UP-694
Submitted September 17, 2003  Filed December 2, 2003
Withdrawn, Substituted and Re-Filed 
 January 22, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy 
 Attorney General John W. McIntosh; Assistant Deputy Attorney General Charles 
 H. Richardson, of Columbia; Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Joe Antwan Stokes was indicted 
 for trafficking in cocaine in violation of S. C. Code Ann § 44-53-370(e)(2)(d).   
 After a trial by jury, he was found guilty and sentenced to twenty-five years 
 imprisonment and $100,000 fine.
Stokes appellate counsel submitted a petition to be 
 relieved as counsel, stating she has reviewed the record and has concluded Stokes 
 appeal is without merit.  Stokes filed a pro se brief with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Stokes appeal and 
 grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.